UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

FEB 1 0 2014

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CRIMINAL NO.: 1:13-305 |
| | : |
| | : HON. ANDREW S. HANEN |
| EUGENIO PEDRAZA, | : |
| | : |
| Defendant. | : |

## GOVERNMENT'S PROPOSED EXHIBIT LIST

02-10-14

| # | BATES NUMBER | EXHIBITS | OFFER | OBJ | ADMIT | N/ADMIT |
|---|---|---|---|---|---|---|
| 1 | 26683-26696 | Criminal Investigation 1 (00537) | | | ✓ | |
| 1A | 32202-32209 | Email from VARGAS to PEDRAZA with attachments | | | ✓ | |
| 1B | 32174-32182 | Email from PEDRAZA to VARGAS with attachments | | | ✓ | |
| 1C | 32399-32405 | MOAs related to Criminal Investigation 1 | | | ✓ | |
| 2 | 32380-32381 | Emails from VARGAS to IZZARD | | | ✓ | |
| 3 | 29762 | McAllen Field House Floor Plan | | | ✓ | |
| 4 | 29818-29853, 29867-29884 | On-The-Job Training Reports for BALL, GOMEZ, and CASTILLO | | | ✓ | |
| 4A | 29818-29835 | BALL Training Logs | | | ✓ | |
| 4B | 29836-29853 | GOMEZ Training Logs | | | ✓ | |
| 4C | 29867-29884 | CASTILLO Training Logs | | | ✓ | |
| 5 | 32266-32281 | BALL Plea Documents | | | ✓ | |
| 6 | 32410 | Email from HEALEY to IZZARD | | | ✓ | |
| 7 | 32411-32413 | Email from HEALEY to IZZARD with attachment | | | ✓ | |
| 8 | 26697-26785 | Criminal Investigation 4 (01128) | | | ✓ | |
| 9 | 26880-27101 | Criminal Investigation 5 (00847) | | | ✓ | |
| 9A | 27076 | MOA related to Criminal Investigation 5 | | | ✓ | |
| 9B | 27050-27051 | Case Review Sheets | | | ✓ | |
| 10 | 26149-26664 | Criminal Investigation 7 (00209) | | | ✓ | |
| 10A | 24339.001-24339.002 | Email from GOMEZ to PEDRAZA with attachment | | | ✓ | |

| # | BATES NUMBER | EXHIBITS | OFFER | OBJ | ADMIT | N/ADMIT |
|---|---|---|---|---|---|---|
| 10B | 24339.003-24339.004 | Email from PEDRAZA to GOMEZ with attachment | | | ✓ | |
| 10C | 24339.005-24339.006 | Email from GOMEZ to PEDRAZA with attachment | | | ✓ | |
| 10D | 24339.007-24339.009 | Email from PEDRAZA to GOMEZ with attachment | | | ✓ | |
| 10E | 26621 | MOA related to Criminal Investigation 7 | | | ✓ | |
| 11 | 26665-26682 | Criminal Investigation 6 (00414) | | | ✓ | |
| 11A | 26672-26673 | Joint Intake Center Report | | | ✓ | |
| 11B | 37716.001-37716.004 | Email from CASTILLO to PEDRAZA with attachments | | | ✓ | |
| 11C | 32731 | Draft MOA given to IZZARD by CASTILLO | | | ✓ | |
| 11D | 26678, 26676 | MOA and AROI related to Criminal Investigation 6 | | | ✓ | |
| 11E | 32406 | Email from CASTILLO to IZZARD | | | ✓ | |
| 12 | 26786-26879 | Criminal Investigation 2 (00315) | | | ✓ | |
| 12A | 26798-26803, 26818, 26823-26824, 26861, 26864, 26869, 26879 | MOAs related to Criminal Investigation 2 | | | ✓ | |
| 13 | 27102-27173 | Criminal Investigation 3 (01086) | | | ✓ | |
| 13A | 27152-27165 | MOAs related to Criminal Investigation 3 | | | ✓ | |
| 14 | 35732 - 37226 | TECS Reports | | | ✓ | |
| 15 | 37916-37927 | TECS Search Histories (Cases 315, 1086) | | | ✓ | |
| 16 | 32689-32741 | IZZARD Personal Interviews | | | | |
| 17 | 15274.001-15274.002; 15273 | Email from MANDES to PEDRAZA with attachment | | | ✓ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |