IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| V. § | CRIMINAL NO. 1:13-cr-305-1 |
| § | |
| EUGENIO PEDRAZA § | |

**UNOPPOSED MOTION FOR CONTINUANCE SENTENCING HEARING**

**TO THE HONORABLE JUDGE ANDREW S. HANEN:**

**COMES NOW**, Defendant Eugenio Pedraza, by and through his attorney of record, Larry D. Eastepp, and respectfully moves this Honorable Court to enter an order continuing the date of the sentencing hearing in this cause and in support thereof would show as follows:

**I.**

The Defendant's case is currently set for sentencing on October 20, 2014. The undersigned has a competing setting for that same day in the Beaumont Division of the Eastern District of Texas in *United States v. Jones, et al.*, 1:14-cr-61, Hon. Thad Heartfield presiding. It is a multi-defendant fraud indictment and the undersigned is appointed to represent Edmond Hurts, III in the case. This setting pre-dated the reset of the case-at-bar to October 20th. All counsel received electronic notice on October

1

7, 2014 reaffirming the setting of 9 a.m. on October 20th for the final pretrial conference with jury selection the next day. At this time, it is not known if this setting will be continued or if Judge Heartfield will require all counsel to appear at the pretrial conference to discuss that issue, along with other case issues. Counsel is in discussions with the assigned SAUSA but is not sure that all issues will be resolved prior to October 20th.

The undersigned is a sole practitioner and is the only counsel for both Defendant Pedraza in the case-at-bar and Defendant Hurts in the Eastern District case.

## II.

Counsel conferred with Department of Justice Trial Attorneys Brian Kidd and JP Cooney and the Government is unopposed to this motion.

## III.

For the foregoing reasons, the Defendants request that this Honorable Court grant this motion and reset the date of the sentencing hearing in this cause .Counsel makes this request so that Defendant Pedraza's due process rights in regard to sentencing and Defendant Edmond Hurts in the Eastern District's trial rights are fully observed.

Respectfully submitted,
/s/ Larry D. Eastepp
Attorney for Defendant
Fed. No. 14431
State Bar No. 06361750
5300 Memorial, Suite 1000
Houston, Texas 77007
Ph. 713-255-3388
Fax 888-475-5152
Larry@eastepplaw.com

## CERTIFICATE OF CONFERENCE

Counsel has conferred with United States Department of Justice Attorneys Brian Kidd and JP Cooney and the government is unopposed to this motion.

_____/s/_____
LARRY D. EASTEPP

## CERTIFICATE OF SERVICE

I, Larry D. Eastepp, hereby certify that a true and correct copy of the foregoing instrument will be forwarded to the Department of Justice Attorneys through the ECF filing system on October 9, 2014.

_____/s/_____
LARRY D. EASTEPP

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CRIMINAL NO. 1:13cr-305-1 |
| EUGENIO PEDRAZA | § | |

## ORDER

  The above-named Defendant filed a motion for continuance of the sentencing hearing. The Court finds that the ends of justice are served by granting this continuance, so therefore the motion is GRANTED. The docket control order is amended as follows:

  Sentencing is reset to:_____, 201___.

SIGNED at Brownsville, Texas, on _____, 2014.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE