# Re: U.S. v. Pedraza

Cooney, Joseph <Joseph.Cooney2@usdoj.gov>

Wed 4/22/2015 3:50 PM

Inbox

To: David Isaak <david@isaakfirm.com>;

Cc: Larry Eastepp <larry@eastepplaw.com>; Kidd, Brian <Brian.Kidd2@usdoj.gov>;

David -

Thank you for your email. We disclosed all the Giglio we possess on each of the witnesses who testified, and each of them were thoroughly cross examined on the subject. We have nothing more to provide and would oppose any discovery motion.

We oppose your motion for bond pending appeal.

Although we have not formally settled on who will handle the appeal, Brian and I should continue to be your points of contact.

J.P. Cooney
Deputy Chief
Public Integrity Section
202-674-5670

On Apr 22, 2015, at 2:51 PM, David Isaak <david@isaakfirm.com<mailto:david@isaakfirm.com>> wrote:

Dear J.P.,

I never received an answer on my request for information relating to the agents getting their jobs back. Can I assume that the Government will not be providing this information and would be opposed to a motion for discovery on this basis?

Also, I plan shortly to file a Motion for Bond Pending Appeal. Also, as Mr. Pedraza's reporting date is May 5, I plan to ask the Court to expedite consideration of that motion. What is the Government's position on such motions?

Finally, will you be handling the appeal or will someone else in the Department?

Thanks,

David

David Isaak

The Isaak Law Firm

700 Louisiana Street, Suite 3950

Houston, Texas 77002

(832) 390-2521

(713) 858-9851(cell)

Please note new address and phone number

_____

From: Cooney, Joseph <Joseph.Cooney2@usdoj.gov<mailto:Joseph.Cooney2@usdoj.gov>>
Sent: Thursday, March 19, 2015 3:52 PM
To: David Isaak
Cc: Larry Eastepp; Starnes, Bennett; Kidd, Brian
Subject: RE: U.S. v. Pedraza

I just checked the docket and all the exhibits were filed on ECF.  Take a look at entry number 132.

From: David Isaak [mailto:david@isaakfirm.com]
Sent: Tuesday, March 17, 2015 4:43 PM
To: Cooney, Joseph
Cc: Larry Eastepp
Subject: Re: U.S. v. Pedraza


Generally, the practice in the Southern District is for the Government to retain the exhibits pending appeal.  What I really would like is electronic copies of the exhibits if they are available.  If not, please send me paper copies to the address below.


Thank you.


David Isaak

The Isaak Law Firm

1001 Texas Avenue, Suite 1400

Houston, Texas 77002

(713) 341-0861

(713) 858-9851(cell)

From: Cooney, Joseph <Joseph.Cooney2@usdoj.gov<mailto:Joseph.Cooney2@usdoj.gov>>
Sent: Tuesday, March 17, 2015 3:35 PM
To: David Isaak
Cc: Larry Eastepp
Subject: RE: U.S. v. Pedraza

Thank you for this.  Could you please more specific on what your needs are related to the exhibits?  Larry, don't you have them all?

From: David Isaak [mailto:david@isaakfirm.com]
Sent: Tuesday, March 17, 2015 4:22 PM
To: Cooney, Joseph
Cc: Larry Eastepp
Subject: U.S. v. Pedraza


J.P.,


Per our discussion yesterday, I attach a request for discovery relating to the reinstatement of the testifying agents and Marco Rodriguez.


Please let me know what the Government's position on these requests are as soon as possible.  Also, please let me know where we are on compiling the exhibits.


Thank you,


David Isaak

The Isaak Law Firm

1001 Texas Avenue, Suite 1400

Houston, Texas 77002

(713) 341-0861

(713) 858-9851(cell)