IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CRIMINAL NO. B-13-305 (1) |
| | § | |
| EUGENIO PEDRAZA, | § | |
| Defendant. | § | |

# ORDER

On this 1st day of May, 2015, came to be considered Defendant Eugenio Pedraza's Emergency Motion for Discovery Regarding the Reinstatement of DHS-OIG Agents [Doc. No. 200] and the Emergency Motion for Bond Pending Appeal [Doc. No. 199], and the Court hereby denies both motions.

Signed this 1st day of May, 2015.

Andrew S. Hanen
United States District Judge